FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN - 6 2006

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.  4:02CR00035-01 WRW |
| ) | |
| KIMBERLY PATTON, ) | |
| ) | |
| Judgment Defendant, ) | |
| ) | |
| SAJ DISTRIBUTORS, ) | |
| ) | |
| Garnishee Defendant. ) | |

**AGREED FINAL ORDER IN GARNISHMENT**

The parties, the United States of America, plaintiff; the judgment defendant, Kimberly Patton; and the garnishee defendant, SAJ Distributors, agree and stipulate as follows:

1. The judgment defendant's name is Kimberly Patton, her Social Security Number is XXX-XX-5567, and her last known address is: .

2. A Judgment was entered against the judgment defendant, Kimberly Patton, in this action in the amount of $21,005.00. The total balance due on the Judgment is $20,940.50, as of December 08, 2005.

3. The garnishee defendant, SAJ Distributors, has, in its possession, custody or control, property of the judgment defendant in the form of wages paid to the judgment defendant, Kimberly Patton.

4. The judgment defendant, Kimberly Patton, waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, and further waives her right to a hearing under the section 3205 and any other process to which the judgment defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

5. The garnishee defendant, Kimberly Patton, waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28. U.S.C. § 3205 and further waives its rights to answer and be heard in this matter and waives any other process to which the garnishee defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

6. The judgment defendant, Kimberly Patton, agrees and stipulates that her wages are subject to garnishment under section 3205 of the Federal Debt Collection Act, 28 U.S.C. §3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

7. The parties therefore agree and stipulate to the entry of a final order in garnishment against the non-exempt wages of the judgment defendant, Kimberly Patton. It is expressly agreed and stipulated to, by the parties, that the garnishee defendant, SAJ Distributors, shall pay into the hands of the United States Attorney, at least monthly, the **lesser** of:

   1. Twenty-five percent (25%) of judgment defendant's disposable earnings; or

   2. All amounts of judgment defendant's disposable earnings in excess of thirty times the federal minimum hourly wage.

See 15 U.S.C. § 1673(a)

To calculate disposable earnings, subtract the following from wages, commissions, and income:

      1. Federal Income Tax
      2. Federal Social Security Tax;
      3. Indiana Adjusted Gross Income Tax;
      4. County Option Tax (if any).

8. The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of $21,005.40, upon which there is an unpaid balance of $20,940.50 as of December 12, 2005. These deductions are to continue until the unpaid balance, is fully paid and satisfied.

Checks should be made payable to:

United States District Court

and mailed to:

      600 West Capitol, Suite 422
      Little Rock, Arkansas 72201

9. This order shall take effect after all prior orders in garnishment have been satisfied.

Respectfully submitted,

United States Attorney

By: _____

Assistant United States Attorney

_Kimberly Pattor_
Judgment Defendant

_Bob Cobb_
_J a J Distributors_
Garnishee

APPROVED AND SO ORDERED this 6th day of January, 2005.
2006.

_____
Judge, United States District Court

Copies to:

Stacey E. McCord
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR  72203

Kimberly Patton, Judgment Defendant
19 Cox Drive
England, AR  72046


SAJ Distributors, Garnishee Defendant
3017 N. Midland
Pine Bluff, AR  71603